UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 17-CR-00036-JMH-REW                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                    MOTION TO RESCHEDULE ARRAIGNMENT

MIGUEL AYALA                                                                DEFENDANT

**\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\***

The Defendant, Miguel Ayala, by counsel, respectfully moves the Court to reschedule the Arraignment that has been set by this Court for Monday, March 6, 2017 at 10:00 a.m. at the United States Courthouse in Lexington, Kentucky. [Doc. No. 14].

As grounds for this motion, counsel advises the Court that he has a conflict with the time selected, as he has a status conference scheduled for a client in the case of <u>United States v. Freddie Minton</u>, Case Number 13-CR-47-GFVT-HAI on that same day and at that exact time in London, Kentucky. [See, Doc. No. 790].

Wherefore, counsel respectfully requests the Court to reschedule the Arraignment and advises the Court that counsel is available anytime on March 7, 2017 or March 9 and 10, 2017.

Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 800
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Miguel Ayala*

2

## CERTIFICATE OF SERVICE

      This is to certify that a true copy of the foregoing Motion to Reschedule Arraignment has been served on March 3, 2017 by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

                                              /s/ Thomas C. Lyons
                                              THOMAS C. LYONS, ESQ.

Cc:    Miguel Ayala