UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – TRIAL

Case No. 5:17-cr-36-JMH-REW-1     At Lexington     Date May 23, 2017

ORDER:   Defendant appeared in custody with counsel as noted. Proceedings held were jury selection, preliminary instructions to the jury, and opening statements. All proceedings at the bench and any transcript thereof shall remain under seal. The Court heard sworn testimony and admitted evidence.
   This matter is continued to May 24, 2017 at 9:00 a.m. for further trial.

PRESENT: HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

| Genia Denisio | Joan Averdick | Robert M. Duncan, Jr. | | |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorneys | | |
| Miguel David Ayala | Thomas C. Lyons/Ashley Wilmes | x Present | x Appointed |
| Defendant | Attorney for Defendant | | |

| | | | | |
|---|---|---|---|---|
| X | JURY TRIAL. The Jury impaneled and sworn as follows: | | | |
| | (1) 599   (4) 652   (7) 658   (10) 660   (13) 25 | | | |
| | (2) 633   (5) 592   (8) 655   (11) 3     (14) 24 | | | |
| | (3) 19    (6) 606   (9) 13    (12) 526 | | | |

| | | | | | |
|---|---|---|---|---|---|
| X | Introduction of Evidence for plaintiff | x begun | ___ resumed | ___ concluded |
| ___ | Introduction of Evidence for defendant | ___ begun | ___ resumed | ___ concluded |
| ___ | Rebuttal evidence. | Surrebuttal evidence. | | |
| X | Case continued to MAY 24, 2017, at 9:00 a.m. for further trial. | | | |
| ___ | Motion for Judgment of Acquittal   ___ granted   ___ denied   ___ submitted | | | |
| ___ | Jury retires to deliberate at ___   Jury returns at ___ | | | |
| ___ | JURY VERDICT.   See signed verdict as to each defendant.   ___ FINDING BY COURT | | | |
| | (1) DEFENDANT ___ | | | |
| | (2) DEFENDANT ___ | | | |
| ___ | Jury polled.   Polling waived.   Mistrial declared. | | | |
| ___ | Copy of presentence report not requested.   ___ Court received Presentence Report. | | | |
| ___ | Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P. | | | |
| ___ | Defendant to remain on bond, and on conditions of release. | | | |
| X | Defendant remanded to custody. | | | |

Copies:  COR, USP, USM, D,JC

Initials of Deputy Clerk  gld
TIC: 3 HR 29 MIN