**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 5:17-CR-00036**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                **MOTION FOR EXTENSION OF TIME**

**MIGUEL AYALA**                                                                                  **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

The Defendant, Miguel Ayala, by counsel, respectfully moves the Court for a brief extension of time within which to file a Motion for Variance pursuant to 18 U.S.C. § 3553(a)(2). As grounds for this motion, counsel states as follows:

1. In its Sentencing Order [Doc. No. 56], the Court directed that any variance motion filed by the Defendant pursuant to 18 U.S.C. § 3553(a)(2) must be filed not less than ten (10) days prior to the sentencing hearing in this matter. (*See*, ¶ 5(a)).

2. This matter is currently scheduled for sentencing on August 28, 2017.

3. Defendant's counsel is collecting some final psychiatric records on behalf of the Defendant to determine whether a motion for variance is warranted in this case. Counsel anticipates having the necessary records by Monday, August 21, 2017.

4. Counsel has consulted with the United States in this matter, and can state that they have no objection to the requested extension.

5. Accordingly, counsel request an extension of time, up to and including August 21, 2017, within which to file a Motion for Variance if he elects to do so.

Wherefore, the Defendant requests an appropriate order of the Court.

Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 800
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Miguela Alaya*

## CERTIFICATE OF SERVICE

  This is to certify that a true copy of the foregoing Motion for Extension of Time has been served on August 18, 2017, by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.

Cc: Miguel Ayala